UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                              Plaintiffs,          Index No.:

                                                      RULE 7.1

      -against-

ARCHITECTURAL GLASS OF NY CORP.,

                              Defendant.
-----------------------------------------------------------------------x

07 CIV. 9311

JUDGE ROBINSON

    Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

    None

Dated: October 12, 2007

                                                                Dana L. Henke, Esq. (DLH3025)