## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV9311  
STATE OF NEW YORK   UNITED STATES DISTRICT COURT

Purchased/Filed: October 17, 2008  
SOUTHERN DISTRICT

Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds — Plaintiff

against

Architectural Glass of NY Corp. — Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

____Jessica Miller____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____October 29, 2007____, at ____2:00 pm____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Rule 7.1 and Complaint on

____Architectural Glass of NY Corp.____, the Defendant in this action, by delivering to and leaving with ____Chad Matice____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars. That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__  
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: ____

Sworn to before me on this  
__1st__ day of ____November, 2007____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0706988

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179