UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND              Index No.: 07-CIV-9311 (SCR)
ANNUITY FUNDS,

                           Plaintiffs,              **VOLUNTARY NOTICE**
                                                                     **OF DISMISSAL**

   -against-

ARCHITECTURAL GLASS OF NY CORP.,

                           Defendant.
-------------------------------------------------------------x

     Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated: May 8, 2008
         Elmsford, New York

                                                        Dana L. Henke, Esq. (DLH3025)
                                                        Attorney for Plaintiff
                                                        258 Saw Mill River Road
                                                        Elmsford, New York 10523
                                                        (914) 592-1515

SO ORDERED

_____     May 13, 2008
Honorable Stephen C. Robinson, U.S.D.J.     White Plains, NY

USDC SDNY
DOC...